UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANESHA CREOLA TUCKER,<br><br>  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>performing the duties and functions not reserved<br>to the Commissioner of Social Security,<br><br>  Defendant. | Civil No. 2:17-CV-1872-BAT<br><br>**ORDER OF REMAND** |

The parties jointly stipulate to reversal and remand of the Commissioner's final decision for further administrative proceedings. Dkt. 9. Accordingly, the Court hereby **ORDERS:**

(1)  The stipulated motion to remand (Dkt. 9) is **GRANTED**;

(2)  The decision of the Commissioner of Social Security is **reversed and remanded** for further administrative proceedings, a new hearing, and a new decision under the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the ALJ will reevaluate Plaintiff's subjective allegations in accordance with Social Security Ruling 16-3p and 20 C.F.R. § 416.929. Additionally, the ALJ should, as necessary, reevaluate Plaintiff's impairments, the medical opinion evidence, the lay witness statements, Plaintiff's residual functional capacity, and Plaintiff's ability to perform work at steps four and five.

Page 1     ORDER OF REMAND - [2:17-CV-1872-BAT]

Upon proper application, Plaintiff may seek an award of reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, et seq.

DATED this 9th day of April, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge